UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MACHINE PROJECT, INC. )
and KINSER CHIU, )
Plaintiffs, )
)
vs. ) CIVIL ACTION NO. 1:14-CV-10022
)
PAN AMERICAN WORLD )
AIRWAYS, INC. and )
ANTHONY LUCAS, )
Defendants. )

JOINT MOTION TO EXTEND TRACKING ORDER AND
REQUEST TO CANCEL MEDIATION

The Plaintiffs and Pan American World Airways, Inc. hereby jointly move to extend the Tracking Order as follows:

|  | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Expert(s) designated and reports exchanged by: | April 29, 2016 | July 29, 2016 |
| Defendant's Expert(s) designated and reports exchanged by: | May 31, 2016 | August 31, 2016 |
| Plaintiff's Expert(s) deposed by: | June 30, 2016 | September 30, 2016 |
| Defendant's Expert(s) deposed by: | June 30, 2016 | September 30, 2016 |
| Dispositive Motions filed by: | August 15, 2016 | November 15, 2016 |
| Oppositions filed by: | September 15, 2016 | December 15, 2016 |
| Pre-Trial Conference: | October 27, 2016 | Date convenient for the Court |
| Jury Trial: | October 31, 2016 | Date convenient for the Court |

The Plaintiffs and Pan American World Airways, Inc. further request that the mediation

*Joint motion is allowed, in part, and denied, in part; the current deadlines are extended for 60 days (not 90 days), the final pretrial conference is rescheduled for Thurs, Jan 19, 2017 at 3:00 p.m. and trial will commence on Mon., Jan. 23, 2017 at 9:00 A.M. Because this case will then have been pending for three years, there will be no further continuances.  /s/ NMGorton, USDJ 4/21/16*